David Krieger, Esq.  E-FILED: October 13, 2009
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Devin and Particia Fulton

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. BKS-09-15101-BAM** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | **Hearing Date:  OST REQUESTED** |
| Devin and Particia Fulton, | ) | **Hearing Time:  OST REQUESTED** |
| | ) | |
| | ) | |
| **Debtor(s).** | ) | |
| | ) | |
| | ) | |

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| | **NAME** | **DATE CONTACTED** | **AGREE/DISAGREE** |
|---|---|---|---|
| 1. | Greg Wilde, Esq. | October 12, 2009 | Agree if not set before 10/16. |

Dated: October 13, 2009

/s/David Krieger, Esq.
David Krieger, Esq.
Attorney for Debtor(s)

- 1 -