**Search Results**

Searched for the name **'Fulton, D'** in **ALL DOCUMENT TYPES** type documents from **'1/1/1988'** to **'10/19/2009'**

**You must login to purchase documents.**  [ Click Here to Login. ]

**1** 2

| [row] | PartyType | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | RecordDate ▼ | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | From | FULTON, DEVIN E | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | 200910150002310 | DEFAULT | RESCISSION | 10/15/2009 | 161-05-214-047 | | $0.00 |
| 2 | From | FULTON, DEVIN E | QUALITY LOAN SERVICE CORP | 200910140001575 | NOTICE OF TRUSTEE SALE | | 10/14/2009 | 161-05-214-047 | | $0.00 |
| 3 | To | FULTON, DONNA | ELDORADO RESORTS CORP | 200907290000496 | DEED | | 7/29/2009 | 177-29-605-010 | | $13,990.00 |
| 4 | From | FULTON, DONNA | ELDORADO DEVELOPMENT CORP | 200907290000497 | DEED OF TRUST | | 7/29/2009 | 177-29-605-010 | | $0.00 |
| 5 | From | FULTON, DONNA | FARMINGTON SAVINGS BANK | 200907290000682 | ASSIGNMENT | | 7/29/2009 | 177-29-605-010 | COLLATERAL ASSIGNMENT OF DEEDS OF TRUST | $0.00 |
| 6 | To | FULTON, DANIEL G | MTC FINANCIAL INC | 200907280002847 | DEFAULT | RESCISSION | 7/28/2009 | 139-09-314-003 | | $0.00 |
| 7 | From | FULTON, DANIEL G | MTC FINANCIAL INC | 200907240005162 | DEFAULT & ELECTION TO SELL | | 7/24/2009 | 139-09-314-003 | | $0.00 |
| 8 | From | FULTON, DANIEL G | MTC FINANCIAL INC | 200905210004909 | NOTICE OF TRUSTEE SALE | | 5/21/2009 | 139-09-314-003 | | $0.00 |
| 9 | From | FULTON, DANIEL GAYLON | SCHULKE, DEBBIE LA RAYE | 200904030003020 | MARRIAGE CERTIFICATE | | 4/3/2009 | | | $0.00 |
| 10 | From | FULTON, DEVIN E | QUALITY LOAN SERVICE CORP | 200903170003922 | NOTICE OF TRUSTEE SALE | | 3/17/2009 | 161-05-214-047 | | $0.00 |
| 11 | From | FULTON, DAVID A | UNIVERSITY MEDICAL CENTER | 200901080002158 | HOSPITAL LIEN | AMEND | 1/8/2009 | 140-18-313-022 | | $0.00 |
| 12 | To | FULTON, DEBRA | ELDORADO RESORTS CORP | 200812100000472 | DEED | | 12/10/2008 | 163-19-701-003 | | $7,490.00 |
| 13 | From | FULTON, DEBRA | ELDORADO RESORTS CORP | 200812100000473 | DEED OF TRUST | | 12/10/2008 | 163-19-701-003 | | $0.00 |
| 14 | From | FULTON, DARREN | BEAUSOLEIL, MILLICENT A | 200809040001317 | MARRIAGE CERTIFICATE | | 9/4/2008 | | | $0.00 |
| 15 | From | FULTON, DOUGLAS P | MCFEELY, ASHLEY B | 200807210003481 | MARRIAGE CERTIFICATE | | 7/21/2008 | | | $0.00 |
| 16 | From | FULTON, DANIEL G | BANK INTERNET USA | 200805300003784 | NOTICE OF TRUSTEE SALE | | 5/30/2008 | 139-09-314-003 | | $0.00 |
| 17 | From | FULTON, DANIEL G | MTC FINANCIAL INC | 200805270003725 | SUBSTITUTION | TRUSTEE | 5/27/2008 | 139-09-314-003 | | $0.00 |
| 18 | To | FULTON, DIANE MARIE | HILTON RESORTS CORPORATION | 200804230001354 | DEED | | 4/23/2008 | 162-09-613-001 | | $12,210.00 |
| 19 | From | FULTON, DANIEL G | MTC FINANCIAL INC | 200802200004026 | DEFAULT | | 2/20/2008 | 139-09-314-003 | | $0.00 |
| 20 | From | FULTON, DEVIN E | QUALITY LOAN SERVICE CORP | 200802200002567 | SUBSTITUTION | TRUSTEE | 2/20/2008 | 161-05-214-047 | | $0.00 |
| 21 | From | FULTON, DEVIN E | QUALITY LOAN SERVICE CORP | 200802060003165 | BREACH | | 2/6/2008 | 161-05-214-047 | | $0.00 |
| 22 | From | FULTON, DERYN J | EQUITY TRUST COMPANY CSTDN | 200712180004351 | ASSIGNMENT | | 12/18/2007 | 139-28-703-014 | | $0.00 |
| 23 | From | FULTON, DALE TERRENCE | PINSON, ALLYSON VANORDEN | 200712110004461 | MARRIAGE CERTIFICATE | | 12/11/2007 | | | $0.00 |
| 24 | To | FULTON, DEVIN E | OWNIT MORTGAGE SOLUTIONS INC | 200711260000981 | DEFAULT | RESCISSION | 11/26/2007 | 161-05-214-047 | | $0.00 |

| 25 | From | FULTON, DEVIN E | LASALLE BANK NATIONAL ASSOCIATION EE | 200711200002277 | ASSIGNMENT | | 11/20/2007 | 161-05-214-047 | ASSIGNMENT OF DEED OF TRUST | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | From | FULTON, DORIAN | TRUSTEE SERVICES INC | 200711070000115 | SUBSTITUTION | TRUSTEE | 11/7/2007 | 137-36-312-023 | | $0.00 |
| 27 | To | FULTON, DORIAN | TRUSTEE SERVICES INC | 200711070000116 | RECONVEYANCE | | 11/7/2007 | 137-36-312-023 | | $0.00 |
| 28 | From | FULTON, DORIAN | THORESON, DAVID | 200710170003814 | DEED | | 10/17/2007 | 137-36-312-023 | | $440,000.00 |
| 29 | From | FULTON, DEVIN E | QUALITY LOAN SERVICE CORPORATION | 200710120003063 | SUBSTITUTION | TRUSTEE | 10/12/2007 | 161-05-214-047 | | $0.00 |
| 30 | From | FULTON, DEVIN E | QUALITY LOAN SERVICE CORP AGT | 200709190002480 | BREACH | | 9/19/2007 | 161-05-214-047 | | $0.00 |
| 31 | To | FULTON, DONNA K | ELDORADO RESORTS CORP | 200708160001673 | DEED | | 8/16/2007 | 177-29-605-008 | | $22,990.00 |
| 32 | From | FULTON, DONNA K | ELDORADO DEVELOPMENT CORP | 200708160001674 | DEED OF TRUST | | 8/16/2007 | 177-29-605-008 | | $0.00 |
| 33 | To | FULTON, DALE | WESTGATE RESORTS INC | 200707020000748 | SUBSTITUTION/RECONVEYANCE | | 7/2/2007 | 163-24-102-002 | | $0.00 |
| 34 | From | FULTON, DALE | WESTGATE FLAMINGO BAY LLC | 200707020000784 | DEED | | 7/2/2007 | 163-24-102-002 | | $12,900.00 |
| 35 | To | FULTON, DORIS | WESTGATE RESORTS INC | 200707020000748 | SUBSTITUTION/RECONVEYANCE | | 7/2/2007 | 163-24-102-002 | | $0.00 |
| 36 | From | FULTON, DORIS | WESTGATE FLAMINGO BAY LLC | 200707020000784 | DEED | | 7/2/2007 | 163-24-102-002 | | $12,900.00 |
| 37 | From | FULTON, DAVID A | UNIVERSITY MEDICAL CENTER | 200704120002213 | HOSPITAL LIEN | | 4/12/2007 | 140-18-313-022 | | $0.00 |
| 38 | From | FULTON, DONNA M | | 200704090000413 | HOMESTEAD | | 4/9/2007 | 178-20-514-072 | | $0.00 |
| 39 | From | FULTON, DANIEL R | | 200702010001820 | HOMESTEAD | | 2/1/2007 | 140-15-315-036 | | $0.00 |
| 40 | From | FULTON, DAVID A | AMERIQUEST MORTGAGE COMPANY | 200701190001802 | ASSIGNMENT | | 1/19/2007 | 140-18-313-022 | ASSIGNMENT OF DEED OF TRUST BY BENEFICIARY | $0.00 |
| 41 | From | FULTON, DAVID A | COUNTRYWIDE HOME LOANS INC | 200701190001803 | ASSIGNMENT | | 1/19/2007 | 140-18-313-022 | ASSIGNMENT OF DEED OF TRUST BY BENEFICIARY | $0.00 |
| 42 | To | FULTON, DAVID A | RECONTRUST COMPANY NA | 200701190001804 | SUBSTITUTION/RECONVEYANCE | | 1/19/2007 | 140-18-313-022 | | $0.00 |
| 43 | From | FULTON, DANNY RAY | BALLARD, BONNIE RENAE | 200701160000622 | MARRIAGE CERTIFICATE | | 1/16/2007 | | | $0.00 |
| 44 | To | FULTON, DONNA | MACCHIA, ANTOINETTE M | 200612190005135 | DEED | | 12/19/2006 | 178-20-514-072 | | $347,000.00 |
| 45 | From | FULTON, DONNA M | SFG MORTGAGE | 200612190005136 | DEED OF TRUST | | 12/19/2006 | 178-20-514-072 | | $0.00 |
| 46 | From | FULTON, DONNA M | SFG MORTGAGE | 200612190005137 | DEED OF TRUST | | 12/19/2006 | 178-20-514-072 | | $0.00 |
| 47 | To | FULTON, DERYN J | OLYMPIC COAST INVESTMENT INC | 200612080005004 | ASSIGNMENT | | 12/8/2006 | 139-28-703-014 | ASSIGNMENT OF DEED OF TRUST | $0.00 |
| 48 | To | FULTON, DALE | WESTGAGE RESORTS INC | 200609210003026 | SUBSTITUTION/RECONVEYANCE | | 9/21/2006 | 163-24-102-002 | | $0.00 |
| 49 | To | FULTON, DORIS | WESTGAGE RESORTS INC | 200609210003026 | SUBSTITUTION/RECONVEYANCE | | 9/21/2006 | 163-24-102-002 | | $0.00 |
| 50 | From | FULTON, DEVIN E | COUNTRYWIDE HOME LOANS SERVICING LP | 200609120003206 | ASSIGNMENT | | 9/12/2006 | 161-05-214-047 | CORPORATE ASSIGNMENT OF DEED OF TRUST | $0.00 |
| 51 | To | FULTON, DEVIN E | RECONTRUST COMPANY NA | 200609120003207 | SUBSTITUTION/RECONVEYANCE | | 9/12/2006 | 161-05-214-047 | | $0.00 |
| 52 | To | FULTON, DEVIN E | FIRST FRANKLIN FINANCIAL | 200608170003391 | SUBSTITUTION/RECONVEYANCE | | 8/17/2006 | 161-05-214-047 | | $0.00 |
| 53 | From | FULTON, DENNIS | STRATTON, | 200608160002292 | MARRIAGE CERTIFICATE | | 8/16/2006 | | | $0.00 |

| | | JAMES | CARLENE IDA | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54 | From | FULTON, DEVIN E | OWNIT MORTGAGE SOLUTIONS INC | 200607310006215 | DEED OF TRUST | | 7/31/2006 | 161-05-214-047 | | $0.00 |
| 55 | From | FULTON, DAVID WILLIAM | EDWARDS, ZANEE REBECCA | 200607180002855 | MARRIAGE CERTIFICATE | | 7/18/2006 | | | $0.00 |
| 56 | From | FULTON, DANIEL LEE | JAMESON, ERIN GERALDINE | 200605040002835 | MARRIAGE CERTIFICATE | | 5/4/2006 | | | $0.00 |
| 57 | From | FULTON, DAVID A | COUNTRYWIDE HOME LOANS INC | 200605010002901 | DEED OF TRUST | | 5/1/2006 | 140-18-313-022 | | $0.00 |
| 58 | To | FULTON, DANETTE GAIL | LOZEN, JEFFREY DAVID | 200603300002329 | MARRIAGE CERTIFICATE | | 3/30/2006 | | | $0.00 |
| 59 | From | FULTON, DALE | WESTGAGE FLAMINGO BAY LLC | 200603140001529 | ASSIGNMENT | | 3/14/2006 | 163-24-102-002 | REASSIGNMENT OF DEED OF TRUST | $0.00 |
| 60 | To | FULTON, DOUGLAS F | FIRST AMERICAN TITLE COMPANY OF NEVADA | 200511300003659 | RECONVEYANCE | | 11/30/2005 | 187-24-814-009 | | $0.00 |
| 61 | From | FULTON, DENNIS J | LANTZ, KRISTI DAWN | 200511160004584 | MARRIAGE CERTIFICATE | | 11/16/2005 | | | $0.00 |
| 62 | To | FULTON, DALE | WESTGATE FLAMINGO BAY LLC | 200510310001887 | DEED | | 10/31/2005 | 163-24-102-002 | | $12,900.00 |
| 63 | From | FULTON, DALE | WESTGATE FLAMINGO BAY LLC | 200510310001888 | DEED OF TRUST | | 10/31/2005 | 163-24-102-002 | | $0.00 |
| 64 | To | FULTON, DORIS | WESTGATE FLAMINGO BAY LLC | 200510310001887 | DEED | | 10/31/2005 | 163-24-102-002 | | $12,900.00 |
| 65 | From | FULTON, DORIS | WESTGATE FLAMINGO BAY LLC | 200510310001888 | DEED OF TRUST | | 10/31/2005 | 163-24-102-002 | | $0.00 |
| 66 | From | FULTON, DORIAN F | THEDINGA, THOMAS J | 200506280000505 | DEED | | 6/28/2005 | 137-24-814-009 | | $303,000.00 |
| 67 | To | FULTON, DANIEL G | JP MORGAN CHASE BANK NATIONAL ASSOCIATION | 200506210005609 | SUBSTITUTION/RECONVEYANCE | | 6/21/2005 | 139-09-314-003 | | $0.00 |
| 68 | From | FULTON, DANIEL G | BEST RATE FUNDING CORP | 200504070004007 | DEED OF TRUST | | 4/7/2005 | 139-09-314-003 | | $0.00 |
| 69 | From | FULTON, DANIEL G | COUNTRYWIDE DOCUMENT CUSTODY SERVICES | 200504070004009 | ASSIGNMENT | | 4/7/2005 | 139-09-314-003 | CORPORATION ASSIGNMENT OF DEED OF TRUST | $0.00 |
| 70 | From | FULTON, DOUGLAS EUGENE | ECKART, LAURA KAE | 200504050002301 | MARRIAGE CERTIFICATE | | 4/5/2005 | | | $0.00 |
| 71 | From | FULTON, DENNIS ROBERT | REAUME, MARIE ANN | 200409290001427 | MARRIAGE CERTIFICATE | | 9/29/2004 | | | $0.00 |
| 72 | From | FULTON, DAVID ALLAN | GAROH, DONNA JEAN | 200408170004060 | MARRIAGE CERTIFICATE | | 8/17/2004 | | | $0.00 |
| 73 | To | FULTON, DORIAN F | BROWN, BERNARD A | 200408130004649 | DEED | | 8/13/2004 | 138-36-513-052 | | $265,000.00 |
| 74 | From | FULTON, DORIAN F | UNION FEDERAL BANK OF INDIANAPOLIS | 200408130004650 | DEED OF TRUST | | 8/13/2004 | 138-36-513-052 | | $0.00 |
| 75 | To | FULTON, DEVIN E | ANGULO, PETER M | 200407130001005 | DEED | | 7/13/2004 | 161-05-214-047 | | $176,000.00 |
| 76 | From | FULTON, DEVIN E | FIRST FRANKLIN FINANCIAL CORP | 200407130001007 | TRUST DEED/REQUEST NOTICE | | 7/13/2004 | 161-05-214-047 | | $0.00 |
| 77 | From | FULTON, DAVID A | PRINCETON RECONVEYANCE SERVICES INC | 200406160002311 | SUBSTITUTION | TRUSTEE | 6/16/2004 | 140-18-313-022 | | $0.00 |
| 78 | To | FULTON, DAVID A | PRINCETON RECONVEYANCE SERVICES INC | 200406160002312 | RECONVEYANCE | | 6/16/2004 | 140-18-313-022 | | $0.00 |
| 79 | From | FULTON, DORIAN | CHARLES SCHWAB BANK NA | 200405060003709 | DEED OF TRUST | | 5/6/2004 | 137-36-312-023 | | $0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | From | FULTON, DAVID A | ARGENT MORTGAGE COMPANY LLC | 200404280001949 | DEED OF TRUST | | 4/28/2004 | 140-18-313-022 | | $0.00 |
| 81 | To | FULTON, DORIAN F | LEE, VITO | 200403220000386 | DEED | | 3/22/2004 | 139-06-312-034 | | $150,000.00 |
| 82 | From | FULTON, DORIAN F | CHARLES SCHWAB BANK NA | 200403220000387 | DEED OF TRUST | | 3/22/2004 | 139-06-312-034 | | $0.00 |
| 83 | To | FULTON, DEBBIE MARIE | HOLDA, MICHAEL EDWARD | 200401200074923 | MARRIAGE CERTIFICATE | | 1/20/2004 | | Deputy: AEA | $10.00 |
| 84 | To | FULTON, DEBORAH LYNN | MORGAN, CALVIN EUGENE JR | 200401200075293 | MARRIAGE CERTIFICATE | | 1/20/2004 | | Deputy: TXA | $10.00 |
| 85 | To | FULTON, DONALD J SR | BANK ONE NATIONAL ASSOCIATION | 200312100001973 | SUBSTITUTION/RECONVEYANCE | | 12/10/2003 | 162-03-611-037 | | $0.00 |
| 86 | From | FULTON, DANIEL G | BANK ONE NA | 200311120003714 | DEED OF TRUST | | 11/12/2003 | 139-09-314-003 | | $0.00 |
| 87 | To | FULTON, DANIEL R | VERDUGO TRUSTEE SERVICE CORPORATION | 200311060002512 | SUBSTITUTION/RECONVEYANCE | | 11/6/2003 | 140-15-315-036 | | $0.00 |
| 88 | To | FULTON, DORIAN F | TORREZ, MARC | 200311030004775 | DEED | | 11/3/2003 | 137-24-814-009 | | $175,000.00 |
| 89 | From | FULTON, DORIAN F | CHARLES SCHWAB BANK NA | 200311030004776 | DEED OF TRUST | | 11/3/2003 | 137-24-814-009 | | $0.00 |
| 90 | To | FULTON, DEBORAH ANN | MCCLELLAN, GEOFF ALLEN | 200309240078163 | MARRIAGE CERTIFICATE | | 9/24/2003 | | Deputy: MTA | $10.00 |
| 91 | To | FULTON, DORIAN | TOTORO, JOE | 200309040003547 | DEED | | 9/4/2003 | 137-36-312-023 | | $300,000.00 |
| 92 | From | FULTON, DANIEL R | NEVADA STATE BANK | 200308070000509 | DEED OF TRUST | | 8/7/2003 | 140-15-315-036 | | $0.00 |
| 93 | From | FULTON, DANIEL G | TD SERVICE CO | 200301280001708 | SUBSTITUTION/RECONVEYANCE | | 1/28/2003 | 139-09-314-003 | | $0.00 |
| 94 | To | FULTON, DANIEL R | TD SERVICE COMPANY | 200301170002460 | RECONVEYANCE | | 1/17/2003 | 140-15-315-036 | | $0.00 |
| 95 | From | FULTON, DANIEL R | FIRST AMERICAN TITLE | 200301160002251 | SUBSTITUTION | Trustee | 1/16/2003 | 140-15-315-036 | | $0.00 |
| 96 | To | FULTON, DEBRA LEE | FAULKNER, MICHAEL JOSEPH | 200301160075448 | MARRIAGE CERTIFICATE | | 1/16/2003 | | Deputy: OSA | $10.00 |
| 97 | From | FULTON, DANIEL G | BANK OF INTERNET USA | 200212190001246 | DEED OF TRUST | | 12/19/2002 | 139-09-314-003 | | $0.00 |
| 98 | From | FULTON, DANIEL G | ABN AMRO MORTGAGE GROUP INC | 200212190001247 | DEED OF TRUST | Assign | 12/19/2002 | 139-09-314-003 | | $0.00 |
| 99 | To | FULTON, DARRELL C A SR | DIAMOND RESORTS LLC | 200211190000093 | DEED | | 11/19/2002 | 162-21-313-001 | | $11,000.00 |
| 100 | To | FULTON, DAVID A | LEAVITT, LEONARD EE | 200211180001441 | DEED | | 11/18/2002 | 140-18-313-022 | rerecord | $0.00 |

**1 2**