

**Entered on Docket
February 11, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

David Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Devin E. Fulton and Patricia L. Fulton

E-FILED: February 11, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | ) Case No. BKS-09-15101-BAM |
|---|---|
|  | ) Chapter 13 |
|  | ) |
| **Devin E. Fulton and Patricia L. Fulton**, | ) Hearing Date: January 7, 2010 |
|  | ) Hearing Time: 2:30 PM |
|  | ) |
| Debtor(s). | ) |

**ORDER ON MOTION TO REINSTATE CHAPTER 13 CASE, VACATE ORDER DISMISSING CASE, AND REIMPOSE THE AUTOMATIOC STAY AS TO ALL CREDITORS BY DEBTORS**

THE ABOVE MATTER having been heard at the time and date above the Court Finds as follows:

  **IT IS THEREFORE ORDERED THAT** the Order Vacating the Automatic Stay as to ALL CREDITORS is hereby Vacated;

**IT IS FURTHER ORDERED THAT** the automatic stay is hereby reinstated and reimposed as to ALL CREDITORS;

**IT IS FURTHER ORDERED THAT** a Chapter 13 modified plan shall be filed within 10 days.

**IT IS FURTHER ORDERED THAT** the debtor shall tender $1500 to the chapter 13 trustee within 10 days of filing their amended Chapter 13 plan.

DATED February 11, 2010

HAINES & KRIEGER, L.L.C.

By:      /s/David Krieger, Esq.
       David Krieger, Esq.
       Attorney for Debtor(s)

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_ The court has waived the requirement of approval under LR 9021.

\_x\_\_ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND: Rick A. Yarnall, Esq.

- 3 -

\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###