GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KRAVITZ, SCHNITZER,
 SLOANE & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4149
Facsimile: (702) 362-2203
Email: gschnitzer@kssattorneys.com
       mmorgan@kssattorneys.com
*Attorneys for US NATIONAL BANK*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Devin E. and Patricia L. Fulton,<br><br>Debtor(s). | Case No. BKS-09-15101-BAM<br>Chapter 13<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Debtors, Devin E. Fulton and Patricia L. Fulton and their attorney of record, David Krieger of HAINES & KRIEGER, and Creditor, US National Bank by and through its attorney of record, Melanie D. Morgan, of KRAVITZ, SCHNITZER, SLOANE & JOHNSON,

/ / /

1

CHTD., that the Evidentiary Hearing scheduled for **9:30 a.m. on March 5, 2010**, shall be continued to **1:30 p.m. on April 12, 2010**.

**IT IS SO STIPULATED**.

DATED this 12th day of February, 2010.

| | |
|---|---|
| /s/ David Krieger, Esq. | /s/ Melanie D. Morgan, Esq. |
| David Krieger, Esq. | GARY E. SCHNITZER, ESQ. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| HAINES & KRIEGER | MELANIE D. MORGAN, ESQ. |
| 1020 Garces Avenue | Nevada Bar No. 8215 |
| Las Vegas, NV 89101 | KRAVITZ, SCHNITZER, |
| dkrieger@hainesandkrieger.com | SLOANE & JOHNSON, CHTD. |
| *Attorneys for Debtors Devin E. Fulton and Patricia L. Fulton* | 8985 South Eastern Avenue, Suite 200 |
| | Las Vegas, Nevada 89123 |
| | Telephone: (702) 222-4149 |
| | Facsimile: (702) 362-2203 |
| | Email: gschnitzer@kssattorneys.com |
| | mmorgan@kssattorneys.com |
| | *Attorneys for US NATIONAL BANK* |