**Entered on Docket
February 26, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KRAVITZ, SCHNITZER,
 SLOANE & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4149
Facsimile: (702) 362-2203
Email: gschnitzer@kssattorneys.com
       mmorgan@kssattorneys.com
*Attorneys for US NATIONAL BANK*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | Case No. BKS-09-15101-BAM |
| | Chapter 13 |
| Devin E. and Patricia L. Fulton, | |
| | **ORDER TO CONTINUE EVIDENTIARY HEARING** |
| **Debtor(s).** | |

**IT IS HEREBY ORDERED** that the Evidentiary Hearing scheduled for **9:30 a.m. on March 5, 2010**, is continued to **1:30 p.m. on April 12, 2010**.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

1

LAW OFFICES
KRAVITZ, SCHNITZER, SLOANE
& JOHNSON, CHTD.